# IN THE UNITED STATED DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **JEFFCOAT ENTERPRISES, INC.,**  )  )  **Plaintiff,**  )  )  v.  )  )  **LINVILLE MEMORIAL FUNERAL**  )  **HOME, INC., BRAD LINVILLE,**  )  **and MADONNA LINVILE,**  )  )  **Defendants.**  ) | **CASE NUMBER.:**  **2:19-cv-01467-ACA** |

## JOINT NOTICE AS TO OFFER OF JUDGMENT

**COMES NOW** the parties and state that the Offer of Judgment submitted in this case, and its acceptance, Doc. 36, is inclusive of costs. The Counterclaim remains pending, as does the amount of a reasonable attorneys' fee.

Dated this the 2nd day of July, 2020.


*/s/ Brian M. Clark*
Brian M. Clark
Attorney for Defendants
Linville Memorial Funeral Home and
Brad Linville

**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS
    FISHER GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Email:  bclark@wigginschilds.com

*/s/ Wesley L. Phillips*
Wesley L. Phillips
Attorney for Plaintiff
Jeffcoat Enterprises, Inc.

**OF COUNSEL:**
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama  35236

*/s/ Roger C. Appell*
Attorney for Defendant
Madonna Linville

**OF COUNSEL:**
LAW OFFICE OF ROGER C. APPELL
301 19th Street North
Birmingham, Alabama  35203
Telephone: (205) 252-9642
rcappell@aol.com