# IN THE UNITED STATED DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| JEFFCOAT ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINVILLE MEMORIAL FUNERAL )<br>HOME, INC., BRAD LINVILLE, )<br>and MADONNA LINVILE, )<br>)<br>Defendants. ) | CASE NUMBER.:<br>2:19-cv-01467-ACA |

## JOINT STIPULATION OF DISMISSAL

Jeffcoat Enterprises, LLC, Madonna Linville, Brad Linville, and Linville Memorial Funeral Home, Inc., hereby state the following as their Joint Stipulation of Dismissal in this case.

1. Pursuant to the Court's order of July 16, 2020, the only claim remaining in this case as of that date is the Counterclaim of Linville Memorial Funeral Home, Inc., against Jeffcoat Enterprises, Inc.

2. The parties hereby state that the Counterclaim has been settled, and stipulate to its dismissal with prejudice, costs taxed as paid.

Dated this the 11th day of August, 2020.

/s/ *[signature]*  /s/ *Wes Phillips* by BMC w/ permission
Brian M. Clark  Wesley L. Phillips
Attorney for Defendants  Attorney for Plaintiff
Linville Memorial Funeral Home and  Jeffcoat Enterprises, Inc.
Brad Linville

**OF COUNSEL:**  **OF COUNSEL:**
WIGGINS CHILDS PANTAZIS  PHILLIPS LAW GROUP, LLC
   FISHER GOLDFARB, LLC  Post Office Box 362001
The Kress Building  Birmingham, Alabama 35236
301 19th Street North
Birmingham, Alabama 35203

2