FILED
2020 Aug-13 PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATED DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JEFFCOAT ENTERPRISES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NUMBER.:** |
| ) | **2:19-cv-01467-ACA** |
| **LINVILLE MEMORIAL FUNERAL** ) | |
| **HOME, INC., BRAD LINVILLE,** ) | |
| **and MADONNA LINVILE,** ) | |
| ) | |
| **Defendants.** ) | |

## AMENDED JOINT STIPULATION OF DISMISSAL

Jeffcoat Enterprises, LLC, Madonna Linville, Brad Linville, and Linville Memorial Funeral Home, Inc., hereby state the following as their Amended Joint Stipulation of Dismissal in this case.

1. Pursuant to the Court's order of July 16, 2020, the only claims remaining in this case as of that date are the Counterclaims of Brad Linville and Linville Memorial Funeral Home, Inc., against Jeffcoat Enterprises, Inc.

2. The parties hereby state that the Counterclaims have been settled, and stipulate to their dismissal, with prejudice, costs taxed as paid.

Dated this the 13th day of August, 2020.

/s/ B M Cl

Brian M. Clark
Attorney for Defendants
Linville Memorial Funeral Home and
Brad Linville

/s/ Wes Phillips  by BMC w/ permission

Wesley L. Phillips
Attorney for Plaintiff
Jeffcoat Enterprises, Inc.

**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS
  FISHER GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

**OF COUNSEL:**
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama 35236

2