# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JEFFCOAT ENTERPRISES, INC.,** )<br>)<br>**Plaintiff/Counter Defendant,** )<br>**v.** )<br>)<br>**LINVILLE MEMORIAL** )<br>**FUNERAL HOME, INC., et al.,** )<br>)<br>**Defendants/Counter Plaintiffs.** ) | **Case No.: 2:19-cv-1467-ACA** |

## DISMISSAL ORDER AND FINAL JUDGMENT

Pursuant to the parties' amended joint stipulation of dismissal (doc. 41), the court **DISMISSES WITH PREJUDICE** Linville Memorial Funeral Home and Brad Linville's counterclaims against Jeffcoat Enterprises, Inc. Costs are taxed as paid.

Because there are no remaining claims in this action (*see* doc. 38), the court **DIRECTS** the Clerk to close the file.

**DONE** and **ORDERED** this August 14, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE