## IN THE UNITED STATED DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **JEFFCOAT ENTERPRISES, INC.,**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | **CASE NUMBER.:** |
| ) | **2:19-cv-01467-ACA** |
| **LINVILLE MEMORIAL FUNERAL** ) | |
| **HOME, INC., BRAD LINVILLE,**   ) | |
| **and MADONNA LINVILE,**   ) | |
| ) | |
| **Defendants.**   ) | |

## SATISFACTION OF JUDGMENT

**COMES NOW** Plaintiff and states to this Honorable Court the judgment entered against the Defendants along with the negotiated attorney fees have been paid in full.

Respectfully submitted this  5th  day of   September   , 2020.

s/Wesley L. Phillips
Wesley L. Phillips (PHI053)
Vincent L. Adams (ADA071)
Attorneys for Plaintiff

<u>OF COUNSEL</u>:
SHELNUTT & VARNER, P.C.
113 Rainbow Industrial Blvd.
Rainbow City, AL 35906
Telephone: (205) 383-3585
wphillips@shelnuttlawfirm.com

OF COUNSEL:
ADAMS LAW GROUP, LLC
2100 SouthBridge Parkway, Ste 650
Birmingham, Alabama 35209
Telephone: (205) 414-7421
Facsimile: (866) 729-9203

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on all parties and/or attorneys of record by electronic filing with CM/ECF system this  5th  day of September , 2020.

Brian M. Clark
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
*Attorney for Defendants Linville Memorial*
*Funeral Home and Brad Linville*

Roger C. Appell
LAW OFFICE OF ROGER C. APPELL
301 19th Street North
Birmingham, Alabama  35203
*Attorney for Defendant Madonna Linville*

                                          s/Wesley L. Phillips
                                          OF COUNSEL